**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00298-CV**
_____

**DAMIEN CHAVEZ, Appellant**

**V.**

**CITY OF PORT NECHES, Appellee**

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-206,463**

**MEMORANDUM OPINION**

Appellant Damien Chavez filed a notice of appeal from a final judgment signed on September 9, 2021. Appellant has neither asserted that he is unable to afford payment of costs for the appeal nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. On November 1, 2021, we sent a letter to the parties warning that the appeal would be dismissed without further notice unless Appellant paid the filing fee. Appellant did not respond to the Clerk's notice. *See* Tex. R. App. P. 42.3.

Accordingly, we dismiss the appeal for want of prosecution. *Id.*; *see also* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 15, 2021
Opinion Delivered December 16, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.